UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ROY CHEN,

               PLAINTIFF,

   -v-

F & T GROUP, et al.,

             DEFENDANT(S).
-------------------------------------------------X

**AMENDED**
CIVIL SCHEDULING
ORDER
CV 09-2944(RJD)

DEARIE, CHIEF JUDGE

    PLEASE NOTE THAT THE PRE MOTION CONFERENCE THAT WAS PREVIOUSLY SCHEDULED FOR 10/20/09 HAS BEEN RESCHEDULED TO:

  <u>NOVEMBER 19, 2009</u>    at: <u>11:30AM.</u>

before **JUDGE RAYMOND J. DEARIE** in the United States District Court, E.D.N.Y. 225 Cadman Plaza East, Brooklyn, New York, **Courtroom 10A-S**.

    Parties are further advised that the initial conference before Magistrate Judge Pollak that was previously scheduled for 10/14/09 is cancelled. Parties are directed to report to Magistrate Judge Pollak following the pre motion conference in room 1230.

    Should parties have any questions, they are directed to call Ms. Ellen Mulqueen at 718-613-2435.


    **SO ORDERED.**

Dated:   Brooklyn, New York
           OCTOBER 13, 2009


                                                RAYMOND J. DEARIE
                                                CHIEF UNITED STATES DISTRICT JUDGE