US MAGISTRATE JUDGE CHERYL L. POLLAK                    DATE: 11/19/09

                                                        TIME SPENT:_____

DOCKET NO. 09 CV 2944 (RJD)

CASE: Chen v F&T Group

✓ INITIAL CONFERENCE              ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE          ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE         ___ TELEPHONE CONFERENCE
___ MOTION HEARING                ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

___ COMPLETED                     ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

**RULINGS:**

Parties to propose briefing schedule for motion by 11/30

Discovery stayed pending motion