UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROY CHEN,

                Plaintiff,

-against-                                            STIPULATION

F&T GROUP and TDC DEVELOPMENT &
CONSTRUCTION CORP. and F&T NANJING
WTC (CAYMAN) CORP. and F&T (NANJING)
WORLD TRADE CENTER CORP. and GCPF
HEXI HOLDING CORP.,                        Case No. 09-2944
                                                            Judge Raymond Dearie
                Defendants.                       Magistrate Judge Cheryl Pollak

-------------------------------------------------------------X

       Pursuant to the rulings of the Honorable Raymond Dearie, District Judge, at a court conference on November 18, 2009:

**IT IS STIPULATED:**

a) that none of defendants' defenses relating to personal jurisdiction or service of process (the "jurisdictional defenses") will be waived by defendants' respective intended motions pursuant to Rule 12(b)(6) for judgment on the pleadings, and

b) that defendants may duly assert the jurisdictional defenses by motion within 30 days subsequent to the decision by the Court (the "Court's decision") on defendants' intended motions for judgment on the pleadings, and

c) with the Magistrate Judge to confer with the parties subsequent to the Court's decision to determine a schedule for discovery relevant to the jurisdictional defenses, assuming the Court's decision is adverse to defendants or any of them, and

d) defendants agree that plaintiff is entitled to the benefit of a pre motion conference pursuant to Judge Dearie's rules prior to their moving pursuant to subparagraph b) above.

1

_(signature)_
Peter G. Eikenberry
74 Trinity Place, Suite 1609
New York, New York 10006
(212) 385-1050
*Attorney for Defendants
TDC Development &
Construction Corp., F&T Nanjing
WTC (Cayman) Corp. and F&T
Group*

ALLEN & OVERY LLP

By: _(signature)_
Jacob Pultman
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6340
*Attorneys for Defendants GCPF
Hexi Holding Corp. and F&T
(Nanjing) World Trade Center
Corp.*(SIC)

MICHAEL A. MARKOWITZ, P.C.

By: _(signature)_ MM-5908
Michael A. Markowitz
1853 Broadway
Hewlett, NY 11557-1427
(516) 295-9061
*Attorney for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

November    , 2009

2