# ALLEN & OVERY

BY E-MAIL

Peter G. Eikenberry
Law Office of Peter G. Eikenberry
74 Trinity Place
Suite 1609
New York, NY 10006

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel           212 610 6300
Fax          212 610 6399
Direct line  212 610 6340
jacob.pultman@allenovery.com

January 11, 2010

**Chen v. F&T Group, et al. – Case No. 09-2944: Motion to Dismiss papers**

Dear Pete:

On behalf of our clients F&T (Nanjing) World Trade Center Inc. and GCPF Hexi Holding Corp., enclosed please find the following papers in connection with the motion to dismiss under Judge Dearie's rules: (1) notice of motion to dismiss, (2) the supplemental memorandum of law in support of the motion, and (3) the Declaration of Jacob S. Pultman, with exhibits.

Please feel free to call us with any questions.

Sincerely,

Jacob S. Pultman

Enclosures

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Bratislava, Brussels, Bucharest (associated office), Budapest, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Tokyo and Warsaw.