# PETER G. EIKENBERRY
74 TRINITY PLACE, STE. 1609
NEW YORK, NEW YORK 10006

Peter G. Eikenberry
Robert C. Ruhlin

TEL: (212) 385-1050
FAX: (212) 385-1017
pete@eikenberrylaw.com

January 11, 2010

*Via e-mail & ECF*
Jacob Pultman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

*Roy Chen v. F&T Group, et al.*
*09-cv-2944*

Dear Jay:

I write as attorney for defendants TDC Development and Construction Corp. ("TDC"), F&T Nanjing WTC (Cayman) Corp. ("F&T Cayman") and F&T Group in the above-styled matter. I enclose a copy of the following motion papers filed today on behalf of defendants TDC, F&T Cayman and F&T Group in the above-styled matter: 1) the notice of motion to dismiss the amended complaint; 2) affidavit of Peter G. Eikenberry, with exhibits; and 3) the memorandum in support of the motion.

Best wishes,

/s/ Peter G. Eikenberry

PGEikenberry

cc:   Ms. Ellen Mulqueen  (*via mail*)

Enclosure

1