UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROY CHEN,                                            :

                     Plaintiff,     :

           -against-                      :

F&T GROUP and TDC DEVELOPMENT &          :
CONSTRUCTION CORP. and F&T NANJING
WTC (CAYMAN) CORP. and F&T (NANJING)   :
WORLD TRADE CENTER CORP. and
GCPF HEXI HOLDING CORP.,                         :

                  Defendants.   :
------------------------------------------------------------x

Civil Action
No: 1:09-cv-2944 (RJD-CLP)

**ELECTRONICALLY FILED**

## RULE 7.1 DISCLOSURE STATEMENT

    1.    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant F&T (Nanjing) World Trade Center Inc. certifies that it is a privately held company, wholly-owned by defendant GCPF Hexi Holding Corp.

    2.    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant GCPF Hexi Holding Corp. certifies: (a) that it is a privately held company; (b) that sixty-five per cent of GCPF Hexi Holding Corp. is owned by GCPF Cayman Holding 3 Corp., which is wholly-owned by JPMorgan Greater China Property Fund Cayman Master, L.P.; and (c) that thirty-five per cent

of GCPF Hexi Holding Corp. is owned by defendant F&T Nanjing WTC (Cayman) Corp.

Dated: New York, New York
December 15, 2009

Respectfully submitted,

ALLEN & OVERY LLP

By: _____
Jacob S. Pultman (JP-0578)
(jacob.pultman@allenovery.com)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for Defendants GCPF Hexi Holding Corp. and F&T (Nanjing) World Trade Center Inc.*