# THE LAW OFFICE OF
# MICHAEL A. MARKOWITZ, P.C.

1553 Broadway
Hewlett, NY 11557-1427
Telephone: (516) 295-9061
Telecopier: (516) 374-3314
E-Mail: attorney@mampc.net

Michael A. Markowitz
Sharon Azmon (Paralegal)

Of Counsel
Steven H. Sewell, P.C.
Richard A. Dubi, P.C.
Jeffrey E. Litman, Esq.

January 12, 2010

By Federal Express and ECF

Allen & Overy LLP
Att: Mr. Jacob Pultman, Esq.
1221 Avenue of the Americas
New York, New York 10020

Peter G. Eikenberry, Esq.
74 Trinity Place, Ste. 1609
New York, NY 10006

Re:   Chen v. F&T Group, et. al. (09-CV-2944)

Gentlemen:

I write as attorney for the plaintiff Roy Chen in the above referenced matter.

In accordance with Judge Dearie's rules, enclosed are two (2) copies of the plaintiff's opposition papers (one copy for inclusion in your submission to chambers). The opposition papers include an affidavit by Roy Chen together with exhibits, and my memorandum in opposition to each motion to dismiss.

Very truly yours,

Michael A. Markowitz

Fs/MAM
Enc.
Cc: Ms. Ellen Mulqueen